**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.    1:23-cr-00096 |
| Plaintiff, | ) | JUDGE DAVID A. RUIZ |
| vs. | ) | ORDER ACCEPTING PLEA AGREEMENT, JUDGMENT AND REFERRAL TO U.S. PROBATION OFFICE |
| LARRELL HAZZARD, | ) | |
| Defendant. | ) | |

This case is before the Court on a Report and Recommendation (R&R) filed by United States Magistrate Judge Thomas M. Parker regarding the change of plea hearing of Defendant Larrell Hazzard which was referred to the Magistrate Judge with the consent of the parties.

On February 23, 2023, the Government filed a one count Indictment, charging Defendant Larrell Hazzard with Felon in Possession of a Firearm and Ammunition, in violation of 18 U.S.C. § 922(g)(1).  Defendant Larrell Hazzard was arraigned on March 1, 2023, during which Mr. Hazzard entered a plea of not guilty to the charge. On April 14, 2023 Magistrate Judge Parker received Defendant's plea of guilty to count 1 of the Indictment, with a written plea agreement, and issued a Report and Recommendation ("R&R"), concerning whether the plea should be accepted and a finding of guilty entered.

Neither party submitted objections to the Magistrate Judge's R&R in the fourteen days after it was issued.

On de novo review of the record, the Magistrate Judge's R&R is adopted. Defendant Larrell Hazzard is found to be competent to enter a plea and to understand his constitutional

rights.  He is aware of the charges and of the consequences of entering a plea.  There is an adequate factual basis for the plea. The Court finds the plea was entered knowingly, intelligently, and voluntarily.  The plea agreement is approved.

Therefore, Defendant Larrell Hazzard is adjudged guilty of Count 1 of the Indictment, Felon in Possession of a Firearm and Ammunition, in violation of 18 U.S.C. § 922(g)(1). This matter was referred to U.S. Pretrial Services and Probation Office for the completion of a pre-sentence investigation and report.  Sentencing will take place on July 26, 2023, at 12:00  p.m.  in Courtroom 17B, Carl B. Stokes United States Court House, 801 West Superior Avenue, Cleveland, Ohio.

IT IS SO ORDERED.

    _s/David A. Ruiz_    6/01/2023
DAVID A. RUIZ
UNITED STATES DISTRICT JUDGE